IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

GEORGIA ANN PARKER, ADMINISTRATOR
OF THE ESTATE OF STEPHANY SHERIKA
PARKER HOLMES, DECEASED; AND THE ESTATE
OF STEPHANY SHERIKA PARKER HOLMES                                      PLAINTIFFS

V.                                         CIVIL ACTION NO. 4:16-CV-062-SA-JMV

HUMPHREYS COUNTY, MISSISSIPPI;
DOE DEFENDANT ONE; AND DOE DEFENDANTS 2-10                   DEFENDANTS

### RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Georgia Ann Parker, Administrator of the Estate of Stephany Sherika Parker Holmes, Deceased; And the Estate of Stephany Sherika Parker Holmes, joined by Defendant Humphreys County, Mississippi, by and through counsel, and stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the above styled case should be, and is hereby, dismissed with prejudice, with each party bearing its own fees and costs.

                                              Respectfully Submitted,

                                              GEORGIA ANN PARKER, ADMINISTRATOR OF
THE ESTATE OF STEPHANY SHERIKA PARKER
HOLMES, DECEASED; AND THE ESTATE OF
STEPHANY SHERIKA PARKER HOLMES

                        BY:    /s/ THOMAS J. BELLINDER
                               THOMAS J. BELLINDER, BAR #

THOMAS J. BELLINDER, ESQ.
thomas.bellinder@bellinderlawfirm.com
BELLINDER LAW FIRM
190 E. CAPITOL STREET, SUITE 460
JACKSON, MS 39201

                                              AND JOINED BY:

                                              HUMPHREYS COUNTY, MISSISSIPPI

                        BY:    /s/ PHILIP M. LEVY
                               PHILIP M. LEVY - MS BAR #103900

D0694888.1

WILTON V. BYARS, III - MS BAR #9335
wbyars@danielcoker.com
PHILIP M. LEVY - MS BAR #103900
plevy@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
265 NORTH LAMAR BOULEVARD, SUITE R
P. O. BOX 1396
OXFORD, MS 38655-1396
(662) 232-8979 TELEPHONE
(662) 232-8940 FACSIMILE

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to counsel who have electronically registered with the Court, and I hereby certify that I have mailed by United States Postal Service the document to the non-ECF participants. The following is a list of all counsel of record or parties regardless whether electronically notified by the Court or sent via United States Postal Service by this firm:

> Philip M. Levy
> Daniel Coker Horton & Bell, P.A.
> P.O. Box 1396
> Oxford, MS 38655

      This, the _____ day of January, 2017.

      BY:  /s/ Thomas J. Bellinder
             THOMAS J. BELLINDER

D0694888.1