IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

GEORGIA ANN PARKER, et al                                                    PLAINTIFFS

V.                                       CIVIL ACTION NO. 4:16-CV-62-SA-JMV

HUMPHREYS COUNTY
SHERIFF'S DEPARTMENT, et al                                        DEFENDANTS

## NOTICE OF DISMISSAL PER STIPULATION

The Court, being advised that all of the parties in this case have stipulated to the dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby notices the dismissal of this case per Stipulation [41]. This Case is DISMISSED with prejudice. This CASE is CLOSED.

                                                                     /s/ Sharion Aycock
                                                                     UNITED STATES DISTRICT JUDGE